Brent Plater (CA Bar # 209555)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Brendan R. Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,<br><br>Defendants. | Case No.: 02-1580-JSW<br><br>**[PROPOSED] ORDER**<br><br>JUDGE: Hon. Jeffrey S. White |

Pursuant to Civ. L.R. 7-11 and Civ. L.R. 7-3(d), and in consideration of Plaintiffs' Motion for Administrative Relief and responses and replies thereto, the Court now issues this Order.

IT IS ORDERED that Plaintiffs' Motion for Administrative relief is GRANTED, and Plaintiff's Statement of Recent Decision is deemed filed.

1

[Proposed] Order
Case No. C-02-1580-JSW

1  IT IS SO ORDERED.

2
3  DATED this  30th  day of   June   , 2005

4

5
6  /s/ Jeffrey S. White
   ─────────────────────────
       Jeffrey S. White
7  United States District Court Judge

8  Presented on June 29, 2005, by:

9

10
11  ─────────────────────────
    Brent Plater (CA Bar # 209555)
12  CENTER FOR BIOLOGICAL DIVERSITY
    1095 Market Street, Suite 511
13  San Francisco, CA 94103
    Telephone: (415) 436-9682
14  Facsimile: (415) 436-9683
    bplater@biologicaldiversity.org
15
    Brendan R. Cummings (CA Bar # 193952)
16  CENTER FOR BIOLOGICAL DIVERSITY
    P.O. Box 549
17  Joshua Tree, CA 92252
    Telephone: (760) 366-2232
18  Facsimile: (760) 366-2669
    bcummings@biologicaldiversity.org
19
    Michael W. Graf (CA Bar # 136172)
20  Law Offices
    227 Behrens Street
21  El Cerrito, CA 94530
    Telephone: (510) 525-7222
22  Facsimile: (510) 525-1208
    mwgraf@aol.com
23
    Attorneys for Plaintiff
24

25

26

27

28