UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL
DIVERSITY, a non-profit corporation,

        Plaintiff,

    v.

STEPHEN L. JOHNSON, Administrator,
Environmental Protection Agency, and
WAYNE NASTRI, Region 9 Administrator,
Environmental Protection Agency,

        Defendants.

Case No: C-02-1580-JSW

[~~PROPOSED~~] ORDER

Upon consideration of Federal Defendants' Administrative Request for Relief from the Obligation to Meet and Confer in Person, it is hereby ORDERED that such Request is granted and that the Court's September 19, 2005 Order is modified accordingly.

IT IS SO ORDERED:

November 9, 2005
DATE

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE