IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, a
non-profit organization,

    Plaintiff,

  v.

MIKE LEAVITT, Administrator,
Environmental Protection Agency, and
WAYNE NASTRI, Region 9 Administrator,
Environmental Protection Agency,

    Defendants.

No. C 02-01580 JSW

**ORDER SETTING BRIEFING SCHEDULE ON CLAIMS FOR INTERIM RELIEF AND SCHEDULE FOR COMPLIANCE**

    The Court, having received the parties' separate submissions, does HEREBY ORDER:

- Plaintiff's opening brief, not to exceed 25 pages, shall be filed and served no later than January 20, 2006;
- Defendants' opposition brief, not to exceed 25 pages, shall be filed and served no later than February 3, 2006;
- Amici's opposition briefs (preferably one joint brief, but, if necessary, separate briefs), not to exceed 25 pages, shall be filed and served no later than February 3, 2006;
- Plaintiff's reply brief, not to exceed 25 pages, shall be filed and served no later than February 10, 2006;
- The parties shall be referred to a randomly assigned Magistrate Judge, by separate order, to conduct a settlement conference to be completed by no later than March 17, 2006;

1 • The Court shall hear oral argument on April 7, 2006 at 9:00 a.m.

The briefs should address both the appropriate interim relief as well as the parties' proposed schedule for compliance with the Court's Order dated September 19, 2005. The parties appear to have reached basic agreement on the timing of compliance (approximately 20-22 pesticides per year until completion), but should further brief the issue relating to both initiation and completion of consultation procedures. Lastly, the parties are instructed to comply with the assigned Magistrate Judge's orders regarding the attendance of the decision-makers with authority to negotiate a final settlement.

**IT IS SO ORDERED.**

Dated: November 28, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2