1  LATHAM & WATKINS LLP
   Louis Leonard III (Ca. Bar No. 226097)
2  505 Montgomery Street, Suite 1900
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4    Kenneth W. Weinstein (D.C. Bar No. 194548)
     Janice M. Schneider (D.C. Bar No. 472037)
5    Amy L. Stein (D.C. Bar No. 473625)
     (*pro hac vice*)
6  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
7  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
8
   Attorneys for Proposed Intervenor-Defendant
9  Syngenta Crop Protection, Inc.

10 Steven P. Quarles (D.C. Bar No. 351668)
   J. Michael Klise (*pro hac vice*; D.C. Bar No. 412420)
11 Thomas R. Lundquist (D.C. Bar No. 968123)
   CROWELL & MORING LLP
12 1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
13 (202) 624-2500
   Fax: (202) 628-5116
14 jmklise@crowell.com

15 Attorneys for Proposed Intervenor-Defendants
   Western Plant Health Association, CropLife America,
16 American Forest and Paper Association, and
   Oregonians for Food and Shelter
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21

22 CENTER FOR BIOLOGICAL DIVERSITY,    | CASE NO. C-02-1580-JSW
   a nonprofit corporation,
23
                  Plaintiff,
24
          v.
25 STEVE JOHNSON, Administrator,
   Environmental Protection Agency, *et al.*,
26
                 Defendants,
27
          and
28

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, AND SYNGENTA CROP PROTECTION, INC.,<br><br>Proposed Intervenors. |

## [PROPOSED] ORDER ON STIPULATION REGARDING INTERVENTION IN REMEDIAL PHASE OF LITIGATION

This matter is before the Court upon Stipulation Regarding Intervention In The Remedial Phase Of Litigation pursuant to Local Civil Rule 7.12. Upon consideration of this Stipulation, it is hereby ORDERED that such Stipulation is GRANTED, and that CropLife America, American Forest & Paper Association, Oregonians for Food and Shelter, and Western Plant Health Association, and Syngenta Crop Protection, Inc. have Defendant-Intervenor status in the remedy phase of this action and shall file joint briefs in this action.

DATED this __7__ day of __December__, 2005.

_____
Jeffrey S. White
United States District Judge

2