IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

Plaintiff,

v.

MIKE LEAVITT, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,

Defendants.

No. C 02-01580 JSW

**ORDER GRANTING MOTION TO ALTER SCHEDULE AND SETTING MODIFIED BRIEFING SCHEDULE ON CLAIMS FOR INTERIM RELIEF AND SCHEDULE FOR COMPLIANCE**

The Court, having received the Federal Defendants' motion to alter the briefing schedule on claims for interim relief and schedule for compliance, does HEREBY ORDER:

- Plaintiff shall designate any experts it may rely upon by no later than December 30, 2005;
- Plaintiff's opening brief, not to exceed 25 pages, shall be filed and served no later than January 20, 2006;
- Defendants' opposition brief, not to exceed 25 pages, shall be filed and served no later than March 17, 2006;
- Amici's joint opposition brief, not to exceed 25 pages, shall be filed and served no later than March 31, 2006;
- Plaintiff's reply brief, not to exceed 25 pages, shall be filed and served no later than April 14, 2006;

- The parties shall be referred to a randomly assigned Magistrate Judge, by separate order, to conduct a settlement conference to be completed by no later than April 14, 2006;
- The Court shall hear oral argument on April 28, 2006 at 9:00 a.m.

Again, the briefs should address both the appropriate interim relief as well as the parties' proposed schedule for compliance with the Court's Order dated September 19, 2005. The parties appear to have reached basic agreement on the timing of compliance (approximately 20-22 pesticides per year until completion), but should further brief the issue relating to both initiation and completion of consultation procedures. Lastly, the parties are instructed to comply with Magistrate Judge Larson's orders regarding the attendance of the decision-makers with authority to negotiate a final settlement.

**IT IS SO ORDERED.**

Dated:   December 16, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE