UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,

    Plaintiff,

v.

MIKE LEAVITT, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,

    Defendants.

Case No: C-02-1580-JSW

[~~PROPOSED~~] ORDER

Upon consideration of Federal Defendants' Administrative Request to Modify Briefing Schedule for Interim Relief and Schedule for Compliance, it is hereby ORDERED that such Request is granted and Federal Defendants shall file their Opposition to Plaintiff's Motion for Injunctive Relief by March 21, 2006.

IT IS SO ORDERED:

March 17, 2006
DATE

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE