KEVIN V. RYAN, United States Attorney (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
SUE ELLEN WOOLDRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar # 463856)
Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,<br><br>Defendants,<br><br>and,<br><br>CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, and SYNGENTA CROP PROTECTION, INC.,<br><br>Defendant-Intervenors. | Case No: C-02-1580-JSW<br><br>**JOINT STIPULATION TO SUSPEND CURRENT BRIEFING SCHEDULE**<br><br>Date: March 21, 2006 |

C-02-1580-JSW                                  Joint Stip. to Suspend Current
                                                Briefing Schedule

WHEREAS, the Court's Order of December 16, 2005 set a schedule for the briefing and argument of Plaintiff's motion for injunctive relief in this matter;

WHEREAS, the parties have engaged in productive settlement discussions, including court-ordered mediation with Magistrate Judge Larson, and desire additional time to continue those discussions (which may include additional mediation);

WHEREAS, the parties are currently working to contact Magistrate Judge Larson to schedule additional mediation;

WHEREAS, continued settlement discussions may resolve the issues currently before the Court and thus obviate the need for the Court to resolve the pending motion;

WHEREAS, the Court granted one previous extension of two days to the deadline for Federal Defendants to file their opposition to Plaintiff's motion for injunctive relief;

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7, the parties stipulate to suspend the current briefing schedule for Plaintiff's motion for injunctive relief pending the completion of settlement discussions, including the deadlines for Federal Defendants' opposition (currently due March 21, 2006), Defendant-Intervenors' opposition (currently due March 31, 2006), and Plaintiff's reply in support (currently due April 14, 2006). The parties anticipate that this suspension of the briefing schedule may also require the continuance of the hearing on this motion (to the extent that such a hearing is ultimately required), which is currently scheduled for April 28, 2006. The parties propose to submit a report on the status of this matter (including any proposals by any party to reinstate a briefing schedule for the pending motion) within one week of the completion of a further mediation conference with Magistrate Judge Larson (the date of which is to be determined).

IT IS SO STIPULATED:

Dated: March 21, 2006.        Respectfully Submitted,


                              /s/ Brent Plater
                              _____
                              Brent Plater (CA Bar No. 209555)
                              CENTER FOR BIOLOGICAL DIVERSITY
                              SAN FRANCISCO BAY AREA OFFICE
                              1095 Market Street, Suite 511
                              San Francisco, CA 94103
                              Telephone: (415) 436-9682
                              Facsimile: (415) 436-9683
                              bplater@biologicaldiversity.org

                              Brendan Cummings (CA Bar # 193952)
                              CENTER FOR BIOLOGICAL DIVERSITY
                              P.O. Box 549
                              Joshua Tree, CA 92252
                              Telephone: (760) 366-2232
                              Facsimile: (760) 366-2669
                              bcummings@biologicaldiversity.org

                              Michael W. Graf (CA Bar # 136172)
                              Law Offices
                              227 Behrens Street
                              El Cerrito, CA 94530
                              Telephone: (510) 525-7222
                              Facsimile: (510) 525-1208
                              mwgraf@aol.com

                              Attorneys for Plaintiff

                              KEVIN V. RYAN, United States Attorney
                                  (CA Bar # 118321)
                              JAMES CODA, Assistant United States Attorney
                                  (WI Bar # 1012669)
                              450 Golden Gate Avenue, P.O. Box 36055
                              San Francisco, CA 94102
                              Telephone: (415) 436-6967
                              Facsimile: (415) 436-7234


                              SUE ELLEN WOOLDRIDGE, Assistant Attorney General
                              United States Department of Justice
                              Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney
    (D.C. Bar # 463856)
Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231

Attorneys for Federal Defendants

LATHAM & WATKINS LLP

/s/
_____
Louis Leonard III (Ca. Bar No. 226097)
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Kenneth W. Weinstein (Bar No. 194548)
Janice M. Schneider (D.C. Bar No. 472037)
Amy L. Stein (D.C. Bar No. 473625)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Intervenor Syngenta Crop Protection, Inc.

/s/ J. Michael Klise
_____
J. Michael Klise (pro hac vice)
Steven P. Quarles (D.C. Bar No. 351668)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
Fax: (202) 628-5116

C-02-1580-JSW                                           Joint Stip. to Suspend Current
                                                   4                                  Briefing Schedule

jmklise@crowell.com

Attorneys for Intervenors Western Plant Health Association, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

March 22, 2006
DATE

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2006, copies of the parties' Joint Stipulation to Suspend Current Briefing Schedule were submitted to the Court electronically for filing and service on Brent Plater, Brendan R. Cummings, and Michael W. Graf, counsel for Plaintiff; Peter B. Ackerman and J. Michael Klise, counsel for amici; and Kenneth W. Weinstein, Janice M. Schneider, Amy L. Stein, and Louis Golden Leonard, counsel for proposed intervenors Syngenta Crop Protection, Inc.

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT