Brent Plater (CA Bar # 209555)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
bplater@biologicaldiversity.org

Brendan R. Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone:  (760) 366-2232
Facsimile:  (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone:  (510) 525-7222
Facsimile:  (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge James Larson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,<br><br>　　　　　Defendants,<br><br>WESTERN PLANT HEALTH ASSN., et al. and SYNGENTA CROP PROTECTION, INC.,<br><br>　　　　　Intervenor-Defendants. | Case No.: 02-1580-JSW (JL)<br><br>**REQUEST FOR FURTHER SETTLEMENT CONFERENCE**<br><br>DATE: April  20, 2005<br>TIME:  2:00 p.m.<br>PLACE: Courtroom F, 15th Floor |

1   Plaintiff Center for Biological Diversity, Defendant Environmental Protection Agency, and all Intervenor-Defendants hereby request that Magistrate Judge Larson place the above referenced matter back on calendar for a further settlement conference. All parties have confirmed that they are available on April 20, 2006 at 2:00 p.m. for a further settlement conference in San Francisco, CA.

Thank you for your assistance in this matter.

Respectfully submitted this 26th day of March, 2006.

*[signature: Brent Plater]*

Brent Plater (CA Bar # 209555)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Brendan R. Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff