KEVIN V. RYAN, United States Attorney (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
SUE ELLEN WOOLDRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar # 463856)
Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No: C-02-1580-JSW |
| ) | |
| STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency, ) ) ) ) ) | **JOINT STATUS REPORT** |
| Defendants, ) ) | Date: April 27, 2006 |
| and, ) | |
| ) | |
| CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, and SYNGENTA CROP PROTECTION, INC., ) ) ) ) ) ) | |
| Defendant-Intervenors. ) | |

The parties submit the following joint status report pursuant to the parties' Joint Stipulation to Suspend Current Briefing Schedule and the Court's March 22, 2006 order entering that stipulation:

1.      On December 16, 2005, the Court set a schedule for the briefing and argument of Plaintiff's motion for injunctive relief in this matter.  On March 22, 2006, the Court granted the parties' request to stay that schedule pending the completion of settlement discussions.

2.      While we have not yet reached agreement on settlement, the parties have conducted two mediation sessions with Magistrate Judge Larson (on March 1, 2006 and again on April 20, 2006) and have engaged in productive settlement discussions.  The parties desire additional time to continue these discussions.

3.      These continued settlement discussions may resolve the issues currently before the Court and thus obviate the need for the Court to resolve the pending motion.

4.      With the Court's permission, the parties will continue their discussions and submit a further joint status report (including any proposal by any party to reinstate a briefing schedule for the pending motion) on May 18, 2006.

5.      The parties note that the Court had previously scheduled a hearing on Plaintiff's motion for injunctive relief for April 28, 2006 and has not expressly removed that hearing date from its calendar.  The parties respectfully submit that such a hearing is unnecessary at this time since the parties are continuing their settlement discussions (and since the motion has not yet been fully briefed).

Dated: April 27, 2006.          Respectfully Submitted,

IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

/s/ Brent Plater

Brent Plater (CA Bar No. 209555)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Brendan Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney
    (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney
    (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-7234

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief

        /s/ James A. Maysonett
────────────────────────────────────
JAMES A. MAYSONETT, Trial Attorney
    (D.C. Bar # 463856)

Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231

Attorneys for Federal Defendants

LATHAM & WATKINS LLP

/s/
_____
Louis Leonard III (Ca. Bar No. 226097)
505 Montgomery Street, Suite 1900
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Kenneth W. Weinstein (Bar No. 194548)
Janice M. Schneider (D.C. Bar No. 472037)
Amy L. Stein (D.C. Bar No. 473625)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

Attorneys for Intervenor Syngenta Crop Protection, Inc.

/s/ J. Michael Klise
_____
J. Michael Klise (pro hac vice)
Steven P. Quarles (D.C. Bar No. 351668)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
Fax:  (202) 628-5116
jmklise@crowell.com

Attorneys for Intervenors Western Plant Health Association, et al.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 27, 2006, copies of the parties' Joint Status Report were submitted to the Court electronically for filing and service on Brent Plater, Brendan R. Cummings, and Michael W. Graf, counsel for Plaintiff; Peter B. Ackerman and J. Michael Klise, counsel for amici; and Kenneth W. Weinstein, Janice M. Schneider, Amy L. Stein, and Louis Golden Leonard,  counsel for proposed intervenors Syngenta Crop Protection, Inc.

/s/ James A. Maysonett

_____

JAMES A. MAYSONETT