KEVIN V. RYAN, United States Attorney (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
SUE ELLEN WOOLDRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar # 463856)
Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,<br><br>Defendants,<br><br>and,<br><br>CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, and SYNGENTA CROP PROTECTION, INC.,<br><br>Defendant-Intervenors. | Case No: C-02-1580-JSW<br><br>**THIRD JOINT STATUS REPORT**<br><br>Date: June 1, 2006 |

C-02-1580-JSW                                                         Joint Status Report

The parties submit the following joint status report pursuant to the parties' Joint Stipulation to Suspend Current Briefing Schedule and Joint Status Report and the Court's March 22, 2006, April 27, 2006, and May 18, 2006 orders:

1. On December 16, 2005, the Court set a schedule for the briefing and argument of Plaintiff's motion for injunctive relief in this matter. On March 22, 2006, the Court granted the parties' request to stay that schedule pending the completion of settlement discussions.

2. While we have not yet reached agreement on settlement, the parties have conducted two mediation sessions with Magistrate Judge Larson (on March 1, 2006 and again on April 20, 2006) and have engaged in productive settlement discussions. The parties have engaged in further settlement discussions since the submission of their last Joint Status Report and have begun drafting the terms of a potential settlement agreement. The parties desire additional time to continue these discussions.

3. These continued settlement discussions may resolve the issues currently before the Court and thus obviate the need for the Court to resolve the pending motion.

4. With the Court's permission, the parties will continue their discussions and submit a further status report (including any proposal by any party to reinstate a briefing schedule for the pending motion) on or before July 15, 2006.

Dated: June 1, 2006.

    Respectfully Submitted,

    /s/ Brent Plater

Brent Plater (CA Bar No. 209555)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103

Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Brendan Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney
    (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney
    (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-7234

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief

    /s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney
    (D.C. Bar # 463856)
Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390

```
                    Telephone: (202) 514-5484
                    Facsimile: (202) 514-4231

                    Attorneys for Federal Defendants

                    LATHAM & WATKINS LLP


                             /s/
                    _____
                    Louis Leonard III (Ca. Bar No. 226097)
                    505 Montgomery Street, Suite 1900
                    San Francisco, California 94111-2562
                    Telephone: (415) 391-0600
                    Facsimile: (415) 395-8095
                    Kenneth W. Weinstein (Bar No. 194548)
                    Janice M. Schneider (D.C. Bar No. 472037)
                    Amy L. Stein (D.C. Bar No. 473625)
                    555 Eleventh Street, N.W., Suite 1000
                    Washington, D.C. 20004-1304
                    Telephone: (202) 637-2200
                    Facsimile: (202) 637-2201

                    Attorneys for Intervenor Syngenta Crop Protection, Inc.


                            /s/ J. Michael Klise
                    _____
                    J. Michael Klise (pro hac vice)
                    Steven P. Quarles (D.C. Bar No. 351668)
                    CROWELL & MORING LLP
                    1001 Pennsylvania Avenue, N.W.
                    Washington, D.C. 20004-2595
                    (202) 624-2500
                    Fax: (202) 628-5116
                    jmklise@crowell.com

                    Attorneys for Intervenors Western Plant Health Association, et al.
```



GRANTED
Judge Jeffrey S. White

C-02-1580-JSW                                           Joint Status Report