IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, a
non-profit organization,

    Plaintiff,

v.

MIKE LEAVITT, Administrator,
Environmental Protection Agency, and
WAYNE NASTRI, Region 9 Administrator,
Environmental Protection Agency,

    Defendants.

No. C 02-01580 JSW

**ORDER**

The Court, having received notice of the impending settlement in this matter, does HEREBY DENY without prejudice Plaintiff's pending motion for injunctive relief as moot. The Court does not render any evaluation of the merits of the motion and, should the parties fail to execute a final settlement of this matter, Plaintiff may re-notice the motion for hearing without necessitating the re-filing of all supporting papers.

**IT IS SO ORDERED.**

Dated: September 27, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE