Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Brendan Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br>    Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,<br>    Defendants,<br><br>and,<br><br>CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, and SYNGENTA CROP PROTECTION, INC.,<br>    Defendant-Intervenors. | Case No: C-02-1580-JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIV. L.R. 6-2** |

02-1580-JSW                                           1                                  Stipulated Request for Order Changing Time

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff, Center for Biological Diversity, and Federal Defendants respectfully request that this Court extend Plaintiff's deadline for filing a motion for attorneys' fees, from November 20, 2006, to December 20, 2006.

On October 20, 2006, the Court signed a Stipulated Settlement between the Parties, which established a stipulated deadline of November 20, 2006, for Plaintiff to file a motion for attorneys' fees. See Order (Dkt. 242). In light of the strong public policy encouraging settlement of attorneys' fees, see Hensley v. Eckerhart, 461 U.S. 424, 437 (1983) ("Ideally, of course, litigants will settle the amount of a fee."); Gisbrecht v. Barnhart, 535 U.S. 789, 801-02 (2002) (same); McDermott, Inc. v. AmClyde, 511 U.S. 202, 215 (1994) ("public policy wisely encourages settlement"), Plaintiff and Defendants have conferred and believe they may be able to reach a settlement agreement regarding Plaintiff's entitlement to and amount of any attorneys' fees award in this case. Accordingly, in order to afford the Parties an opportunity to engage in further settlement discussions, the Parties respectfully request that the Court extend the deadline established in its October 20, 2006, Order, from November 20, 2006 until December 20, 2006.

Dated: November 16, 2006

Respectfully Submitted,

/s/ Justin Augustine
_____

Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Brendan Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

```
                    Michael W. Graf (CA Bar # 136172)
                    Law Offices
                    227 Behrens Street
                    El Cerrito, CA 94530
                    Telephone: (510) 525-7222
                    Facsimile: (510) 525-1208
                    mwgraf@aol.com

                    Attorneys for Plaintiff

                    KEVIN V. RYAN, United States Attorney
                        (CA Bar # 118321)
                    JAMES CODA, Assistant United States Attorney
                        (WI Bar # 1012669)
                    450 Golden Gate Avenue, P.O. Box 36055
                    San Francisco, CA 94102
                    Telephone: (415) 436-6967
                    Facsimile: (415) 436-7234

                    SUE ELLEN WOOLDRIDGE, Assistant Attorney General
                    United States Department of Justice
                    Environment and Natural Resources Division

                    JEAN E. WILLIAMS, Chief
                    SETH M. BARSKY, Assistant Chief

                         /s/ James A. Maysonett
                    _____
                    JAMES A. MAYSONETT, Trial Attorney
                        (D.C. Bar # 463856)
                    Wildlife and Marine Resources Section
                    JOHN W. SITHER, Trial Attorney
                    Law and Policy Section
                    Benjamin Franklin Station, P.O. Box 4390
                    Washington, D.C. 20044-4390
                    Telephone: (202) 514-5484
                    Facsimile: (202) 514-4231

                    Attorneys for Federal Defendants
```

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: __November 21, 2006__         _____/s/ Jeffrey S. White_____
                                     United States District Judge

02-1580-JSW                                3         Stipulated Request for Order Changing Time