Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Brendan Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br>    Plaintiff,<br>v.<br>STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,<br>    Defendants,<br>and,<br>CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, and SYNGENTA CROP PROTECTION, INC.,<br>    Defendant-Intervenors. | Case No: C-02-1580-JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIV. L.R. 6-2 AND ORDER THEREON** |

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff, Center for Biological Diversity, and Federal Defendants respectfully request that this Court extend Plaintiff's deadline for filing a motion for attorneys' fees, from December 20, 2006, to January 19, 2006.

On October 20, 2006, the Court signed a Stipulated Settlement between the Parties, which established a stipulated deadline of November 20, 2006, for Plaintiff to file a motion for attorneys' fees. See Order (Dkt. 242). On November 21, 2006, the Court agreed to extend that deadline until December 20, 2006. Plaintiff and Defendants continue to make progress and believe they may reach a settlement agreement regarding Plaintiff's entitlement to and amount of any attorneys' fees award in this case. Accordingly, in order to afford the Parties an opportunity to engage in further settlement discussions, the Parties respectfully request that the Court extend the deadline established in its November 21, 2006, Order, from December 20, 2006 until January 19, 2006.

Dated: December 15, 2006

        Respectfully Submitted,

        /s/ Justin Augustine

        Justin Augustine (CA Bar No. 235561)
        CENTER FOR BIOLOGICAL DIVERSITY
        SAN FRANCISCO BAY AREA OFFICE
        1095 Market Street, Suite 511
        San Francisco, CA 94103
        Telephone: (415) 436-9682
        Facsimile: (415) 436-9683
        jaugustine@biologicaldiversity.org

        Brendan Cummings (CA Bar # 193952)

CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney
    (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney
    (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-7234

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief

    /s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney
    (D.C. Bar # 463856)
Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231

Attorneys for Federal Defendants

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED,
3
4
5
6  Dated: __December 18, 2006__          _____
                                          Jeffrey S. White
7                                         United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28