KEVIN V. RYAN, United States Attorney (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
MATTHEW J. MCKEOWN, Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar # 463856)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, and WAYNE NASTRI, Region 9 Administrator, Environmental Protection Agency,<br><br>Defendants,<br><br>and,<br><br>CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, and SYNGENTA CROP PROTECTION, INC.,<br><br>Defendant-Intervenors. | Case No: C-02-1580-JSW<br><br>**Joint Stipulation Settling Plaintiffs' Claims for Attorneys' Fees and Costs and [Proposed] Order** |

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants Stephen L.

Johnson, Administrator, United States Environmental Protection Agency ("EPA"), and

Wayne Nastri, Administrator, Region 9, EPA (collectively, the "Federal Defendants"), by and through their undersigned counsel, say as follows:

WHEREAS, Plaintiff filed a complaint initiating the present action in 2002;

WHEREAS, the Court granted summary judgment to Plaintiff on its claims brought under Section 7(a)(2) of the Endangered Species Act ("ESA") on September 19, 2005 (Docket No. 198);

WHEREAS, Plaintiff moved for interim injunctive relief on January 20, 2006 (Docket No. 216);

WHEREAS, the parties resolved that motion by negotiating the terms of a stipulated injunction, which the Court then entered as an order on October 20, 2006 (Docket No. 242);

WHEREAS, under ¶ 13 of the parties' Stipulated Injunction, the Federal Defendants agreed to reimburse Plaintiff for reasonable attorneys' fees and costs;

WHEREAS, Plaintiff has now presented the Federal Defendants with a claim for attorneys' fees and costs;

WHEREAS, the parties agree that it is in the interest of the parties and judicial economy to settle this claim for attorneys' fees and costs without protracted litigation; and,

WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

NOW, THEREFORE, Plaintiff and the Federal Defendants hereby stipulate and agree as follows:

1. Federal Defendants agree to settle Plaintiff's claim for the costs and attorneys' fees in this matter for a total of $405,000. A check will be made payable in that amount to: Michael Graf, and sent to Michael Graf, Law Offices, 227 Behrens Street, El Cerrito, CA 94530.

2. Federal Defendants agree to submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this stipulation.

3. Plaintiff agrees to accept payment of $405,000 in full satisfaction of any and all claims for attorneys' fees and costs of litigation in this matter, including any and all attorneys' fees and costs incurred compiling, presenting, and negotiating its claim for attorneys' fees and costs.

4. Plaintiff agrees that receipt of this payment from the Federal Defendants shall operate as a release of Plaintiff's claims for all attorneys' fees and costs in this matter, and also any and all attorneys' fees and costs incurred compiling, presenting, and negotiating its claim for attorneys' fees and costs.

5. By this stipulation, the Federal Defendants do not waive any right to contest any further fees or costs claimed by Plaintiff or Plaintiffs' counsel, including the hourly rate, in the present litigation or any future litigation. Further, this stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

IT IS SO STIPULATED:

Dated: February 16, 2007     Respectfully Submitted,

/s/ Justin Augustine

Brent Plater (CA Bar No. 209555)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Brendan Cummings (CA Bar # 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669

bcummings@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney
    (CA Bar # 118321)
JAMES CODA, Assistant United States Attorney
    (WI Bar # 1012669)
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-7234

MATTHEW J. MCKEOWN, Acting Ass't Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief

    /s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney
    (D.C. Bar # 463856)
Wildlife and Marine Resources Section
JOHN W. SITHER, Trial Attorney
Law and Policy Section
Benjamin Franklin Station, P.O. Box 4390
Washington, D.C. 20044-4390
Telephone: (202) 514-5484
Facsimile: (202) 514-4231

Attorneys for Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

February 16, 2007
_____    _____
DATE                                         JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE