IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief
ERIK E. PETERSEN, Trial Attorney (D.C. Bar No. 489073)
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0339 | Fax: (202) 305-0275

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, Plaintiff, v. **UNITED STATES FISH AND WILDLIFE SERVICE, Dan Ashe, in his official position as Director of the Fish and Wildlife Service, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and Lisa Jackson, in her official capacity as Administrator of EPA** Defendants | Case No. 3:11-cv-5108-JSW<br>Case No. 3:02-cv-1580-JSW (related case)<br><br>**Unopposed Motion to Extend the Deadline for Responsive Pleadings AND ORDER THEREON** |

As things currently stand, the Federal Defendants' responsive pleading in this case is due on December 19, 2011. Plaintiffs and the Federal Defendants would like to explore the potential to settle this case. Accordingly, the Federal Defendants hereby move this Court to extend the responsive pleading deadline to February 20, 2012. In support of this motion, the Federal Defendants state as follows:

1. This is the first request for an extension of time in this case.

2. The motion is unopposed.

3. The requested extension may help avoid potentially needless litigation activity.

WHEREFORE, the Federal Defendants request the Court grant this Motion, and thereby extend the deadline for the Federal Defendants to file their responsive pleading as discussed above.

Dated: December 1, 2011

                                                       Respectfully Submitted,

                                                       IGNACIA S. MORENO,
                                                       Assistant Attorney General
                                                       SETH M. BARSKY, Section Chief

                                                       _/s/ Erik Petersen_
                                                       ERIK E. PETERSEN
                                                       Trial Attorney
                                                       U.S. Department of Justice
                                                       Environment & Natural Resources Division
                                                       Wildlife & Marine Resources Section
                                                       Ben Franklin Station
                                                       P.O. Box 7369
                                                       Washington, DC 20044-7369
                                                       Phone: (202) 305-0339
                                                       Fax: (202) 305-0275
                                                      Email: erik.petersen@usdoj.gov

                                                       Attorneys for Federal Defendants

[~~PROPOSED~~] ORDER

The Federal Defendants have moved this Court to extend the deadline for their responsive pleading to February 20, 2011. This motion is unopposed. The Court has reviewed the motion and orders that the deadline for the Federal Defendants' responsive pleadings is extended to February 20, 2011.

IT IS SO ORDERED.

DATED this 7th day of December, 2011.

_____
JEFFREY S. WHITRE
UNITED STATES DISTRICT JUDGE