UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>Plaintiff,<br><br>v.<br><br>**STEPHEN L. JOHNSON, ET AL.**<br><br>Defendants,<br><br>and,<br><br>**CROPLIFE AMERICA**,<br><br>Defendant-Intervenor. | CASE NO. 02-CV-1580-JSW<br>(Related to 11-CV-5108-JSW)<br><br>**[~~PROPOSED~~] ORDER**<br><br>(The Honorable Jeffrey S. White)<br><br>[L.R. 7-11] |

Having considered the Administrative Motion to Schedule Hearing, the Court hereby GRANTS the motion and schedules a hearing on Defendant-Intervenor CropLife America's forthcoming Motion to Enforce Stipulated Injunction and Order for **July 12, 2013 at 9:00 AM**.

**IT IS ORDERED.**

Dated: May 15, 2013

_____
Judge Jeffrey S. White