ANDREA HOGAN
(CA Bar No. 238209)
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, CA. 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
andrea.hogan@lw.com

JANICE M. SCHNEIDER*
(D.C. Bar No. 472037)
LATHAM & WATKINS LLP
555 11TH Street, NW, Suite 1000
Washington, DC 20016
Tel: (202) 637-2261
Fax: (202) 637-2201
janice.schneider@lw.com

Attorneys for Intervenor-Defendant Syngenta Crop Protection

*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**PERCIASEPE**[1]<br><br>　　　　　Defendants,<br><br>　and<br><br>**CROPLIFE AMERICA, AMERICAN FOREST & PAPER ASSOCIATION, WESTERN PLANT HEALTH ASSOCIATION, OREGONIANS FOR FOOD AND SHELTER, and SYNGENTA CROP PROTECTION, INC.,**<br><br>　　　　　Intervenor-Defendants. | CASE NO. 02-CV-1580-JSW<br>(Related to 11-CV-5108-JSW)<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>(The Honorable Jeffrey S. White)<br><br>[L.R. 7-11]<br><br>Date: July 12, 2013<br>Time: 9:00 am<br>Place: Courtroom 11 – 19th Floor |

---

[1] Robert Perciasepe replaces Christine Todd Whitman per F.R.C.P. 25(d).

On May 17, 2013, CropLife America filed a Motion to Dismiss and in Opposition to Settlement in *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, Case No. 11-CV-5108-JSW (Docket No. 64).  On the same date, CropLife America filed a Motion to Enforce Stipulated Injunction in the instant case, *Center for Biological Diversity v. Whitman*, Case No. 02-CV-1580-JSW (Docket No. 259).  On May 15, 2013, this Court set the motions for hearing on **July 12, 2013 at 9:00 am** (Docket No. 258).  On July 9, 2013, the Court granted the Federal Defendants' unopposed motion for agency counsel to appear by telephone at the July 12 hearing (Docket No. 264).

Syngenta Crop Protection, Inc. (Syngenta) is not a party to case number 11-CV-5108 and it does not seek to participate in that matter.  Syngenta is a party, however, to case number 02-CV-1580, which has been dormant for over six years.  ~~Counsel for Syngenta, Ken Weinstein, has retired from the practice of law, and other attorneys involved in the case have also left the law firm.  Janice Schneider resides in Washington, DC, and because (i) the undersigned counsel has not been able to receive authorization to fly to San Francisco and (ii) the Court has granted participation by telephone by other parties, counsel respectfully requests the opportunity to appear in the hearing on case number 11-CV-5108 by telephone.  Ms. Schneider's direct dial is (202) 637-2261.~~  Andrea Hogan, Latham & Watkins LLP, is available to attend the hearing in person if the Court so instructs.  This motion is unopposed.

Dated:  July 10, 2013                                              Respectfully submitted,

/s/ Janice M. Schneider                                            /s/ Andrea Hogan

JANICE M. SCHNEIDER*                              ANDREA HOGAN
(D.C. Bar No. 472037)                                       (CA Bar No. 238209)
LATHAM & WATKINS LLP                             LATHAM & WATKINS LLP
555 11TH Street, NW, Suite 1000                      505 Montgomery St., Suite 2000
Washington, DC 20016                                      San Francisco, CA. 94111-6538
Tel: (202) 637-2261                                            Tel: (415) 391-0600
Fax: (202) 637-2201                                           Fax: (415) 395-8095
janice.schneider@lw.com                                  Andrea.hogan@lw.com

** admitted *pro hac vice* in Case No. 02-CV-1580

1
2                              [~~PROPOSED~~] ORDER

3     This Court has been moved to allow counsel for Syngenta Crop Protection, Inc. to
4  telephonically attend the motion hearing scheduled for July 12, 2013. This motion is unopposed. The
5                                         Andrea Morgan
   Court has reviewed the motion and grants the motion for ~~counsel to telephonically~~ attend the motion
6
7  hearing in Case Number 02-CV-1580, scheduled for July 12, 2013 at 9:00 am.

8
9  IT IS SO ORDERED.

10 DATED this __10th__ day of July, 2013.

11                                                     _____
                                                       JEFFREY S. WHITE
12                                                     UNITED STATES DISTRICT JUDGE

13
...
28